October 16, 1972

No. 72-38 George Scott, III, PVT, U. S. Marine Corps v. Commanding General, MAJ GEN Herman Poggemeyer, Jr., USMC, Commanding, Marine Corps Base, Camp Pendleton, California and Convening Authority, COL Paul M. Moriarty, USMC, Commanding, Security Battalion, Marine Corps Base, Camp Pendleton, California.

On consideration of the Petition for Extraordinary Relief filed in the above-entitled action, it appearing that nothing set forth therein tends to defeat the power of this Court ultimately to review the record of trial, or, upon such review, to grant meaningful relief from any error which may then appear, it is, by the Court, this 16th day of October 1972,

ORDERED that said Petition be, and the same is hereby, dismissed.